# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA
    Plaintiff

vs.   ) No. 20-cr-173-2

CHRISTOPHER WEST
    Defendant

**HEARING HELD:** <u>DETENTION</u>

Before <u>MAGISTRATE JUDGE MAUREEN P. KELLY</u>

Shaun Sweeney — Appear for Plaintiff

Frank Walker — Appear for Defendant

Hearing begun: 9/2/2020 @ 11:13 AM
Hearing concluded: 9/2/2020 @ 11:17 AM
Defendant Present: Yes, by video
Court Reporter: Amanda Williamson

**WITNESSES:**

For Plaintiff

For Defendant

Proceedings conducted by video. Defendant waives right to a detention hearing

The Court determines that the defendant shall be -