IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal Case No. 20-173-2 |
| ) | |
| CHRISTOPHER WEST ) | |

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_by video_
SIGNATURE OF DEFENDANT

DATE:

_by video_
COUNSEL FOR DEFENDANT

## ORDER OF DETENTION

AND NOW, this _2nd_ day of _Sept._, _2020_,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE