UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WEST | Criminal No. 20-173<br><br>Filed Electronically |

## MOTION FOR DETENTION HEARING

And now, comes the Defendant, Christopher West, by and through counsel, Frank C. Walker II, Esquire, and FrankWalkerLaw, and files this Motion for a Detention Hearing, setting forth the following in support thereof:

1. Defendant, Mr. West, was arraigned on August 31, 2020 and entered a plea of NOT GUILTY.

2. Mr. West waived his right to a Detention Hearing.

3. After further review and investigation, Mr. West contends that detention in the case before the Court is ripe for review and therefore requests a hearing on the matter.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to GRANT the within motion and schedule a Detention Hearing in this matter.

          Respectfully Submitted,

          */s/ Frank C. Walker II*
          Frank C. Walker II
          PA ID No. 94840
          WV ID No. 11853

          FrankWalkerLaw
          3000 N. Lewis Run Road
          Clairton, PA 15025
          412.405.8556 Office
          412.202.9193 Fax
          frank@frankwalkerlaw.com

Date:  January 27, 2021          Counsel for Christopher West