UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-173 |
| v. | Filed Electronically |
| CHRISTOPHER WEST | |

### **ORDER OF COURT**

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED, ADJUDGED and DECREED** that the Defendant's Motion to schedule a Detention Hearing is

GRANTED _____         DENIED _____

Accordingly, the Detention Hearing in this matter shall be held on _____. The Defendant is required to be present via video conferencing.

_____ M.J.
United States Magistrate Judge