UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WEST | Criminal No. 20-173<br><br>Filed Electronically |

### MOTION TO CONDUCT PLEA HEARING BY VIDEOCONFERENCE

Defendant, Mr. Christopher West, through his Counsel, files the within Motion to Conduct the Plea Hearing By Videoconference and respectfully states as follows:

1. Defendant, Mr. West was arraigned on August 31, 2020 where he entered a plea of NOT GUILTY.

2. Mr. West is currently at Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3. Undersigned Counsel and AUSA Shaun Sweeney have available dates of May 14 (am), May 24 (pm) and June 7, 2021.

4. Mr. West has been advised of the right to be physically present at this Plea Hearing and is aware of this Court's Orders suspending and limiting certain court appearances due to the COVID-19 crisis; and therefore requests that the Hearing be conducted via video pursuant to, and consistent with, the provisions contained in the CARES Act Administrative Order entered in this District on March 30, 2020 at No. 2:20-mc-466-MRH.  *See also*, Misc. No. 2:20-mc-394-MRH.

5. Under these circumstances, Mr. West hereby waives his right to be physically present at this Hearing and requests leave to participate in this hearing, along with counsel, via videoconference so that it might be expeditiously concluded.

6. Counsel has discussed this matter with Mr. West who has given consent to conduct the Hearing by videoconference, and Assistant United States Attorney Shaun Sweeney does not oppose this request.

7. Mr. West and counsel represent that the Hearing in this case cannot be further delayed without serious harm to the interests of justice, more specifically because Mr. West wishes to accept responsibility for his actions and move forward with federal programs that will accelerate his rehabilitation.

8. Counsel therefore contends that Justice so requires that the Plea Hearing proceed in this matter in the format requested above.

WHEREFORE, the Mr. West respectfully requests that this Honorable Court enter the attached Proposed Order permitting the Plea Hearing to be conducted via videoconference pursuant to Chief Judge Hornak's CARES Act Administrative Order entered at Misc. No. 2:20-mc-466-MRH for the reasons set forth in this Motion. *See also*, Misc. No. 2:20-mc-394-MRH.

Dated:  April 29, 2021                    Respectfully Submitted,

                                          */s/ Frank C. Walker II*
                                          Frank C. Walker II

                                          PA I.D. No. 94840
                                          WV I.D. No. 11853

                                          FrankWalkerLaw

3000 N. Lewis Run Road  
Clairton, PA 15025  
412.405.8556 Office  
412.202.9193 Fax  
frank@frankwalkerlaw.com