UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-173 |
| | Filed Electronically |
| v. | |
| CHRISTOPHER WEST | |

**ORDER OF COURT**

And now, upon due consideration of the instant Motion to Conduct the Plea Hearing by Videoconference (doc. no. _____), and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Hearing in this case cannot be further delayed without substantial harm to the interests of justice.  Therefore, Defendant's Motion is **GRANTED,** and the Plea Hearing shall be conducted via videoconference and shall occur on _____ at _____.

The instructions to connect to the Plea by video will be distributed via email to all counsel of record prior to the hearing.

SO ORDERED this ____day of _____, 2021.

_____ J.
The Honorable Judge J. Nicholas Ranjan
U.S. District Court Judge