# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 2:20-cr-173-2 |
| | ) |
| CHRISTOPHER WEST, | ) |
| | ) |
| Defendant. | ) |

## CHANGE OF PLEA

AND NOW, on the record this 24th day of May, 2021, defendant in the above-captioned matter, Christopher West, withdraws his plea of not guilty and enters a plea of GUILTY to Counts 1 and 4 of the Indictment.

_____
Signature of Defendant Christopher West

_____
Signature of Attorney Frank Walker